## BURLEIGH, Appellant, v. UNITED RAILWAYS COMPANY, Respondent.

### St. Louis Court of Appeals, May 14, 1907.

**STREET RAILWAYS: Lessor and Lessee: Liability of Lessor for Lessee's Torts.** The owner and lessor of a street railway is not liable for personal injuries to a passenger on one of its cars caused by the negligence of the lessee operating such street railway. [Following Moorshead v. United Railways, 203 Mo. 121.]

Appeal from St. Louis City Circuit Court.—*Hon. John A. Blevins,* Judge.

AFFIRMED AND REMANDED.

*George Safford* and *Barclay, Shields & Fauntleroy* for appellant.

*Edward T. Miller* and *T. E. Francis* for respondent; *Morton Jourdan* and *Boyle & Priest* of counsel.

GOODE, J.—Plaintiff instituted an action against the St. Louis Transit Company and the United Railways Company as joint defendants to recover damages for an injury sustained from a trolley car. The car was operated by the servants of the transit company, under a

lease to said company executed by the United Railways Company. A verdict was returned against both defendants, but subsequently a new trial was granted as to the United Railways Company and this appeal was prosecuted from the order sustaining the motion for new trial. The evidence relied on to hold the United Railways Company responsible for the accident is the lease from it to the transit company and certain ordinances of the city of St. Louis. This is the same evidence which was passed on in the case of Moorshead v. United Railways Co., 203 Mo. —. In the case just cited the Supreme Court decided that the United Railways Company was not liable for a personal injury to a passenger on a car caused by the negligence of a crew in the employ of the transit company and operating one of its cars. The reasons given in said case are applicable to the cause before us and show the court below rightly sustained the United Railways Company's motion for new trial. Its order is affirmed and the cause remanded. All concur.